# EXHIBIT B

Case 3:12-cv-01320-JBA   Document 1-2   Filed 09/13/12   Page 1 of 4

Points East

September 2012, p. 76



August 2012, p. 36



July 2012, p.59



June 2012, p. 68



May p. 27

