# EXHIBIT C

# ISLAND MOORING SUPPLIES, LLC.

- MAST BUOYS
- MOORING PENDANTS
- WINTER STICKS
- MAST BUOY LANYARDS
- CHAFE GUARDS
- MOORING BUOYS
- GALVINIZED FITTINGS

---

- ORDERING INFORMATION
- ABOUT ISLAND MOORINGS
- CUSTOMER TESTIMONIALS
- 2011 IMS CATALOG
- REQUEST MORE INFO
- PH (401) 447-5387

RETURN TO MAIN

New Englands' preferred wholesale manufacturer of quality mooring supplies!



**QUALITY - INNOVATION - VALUE**

"MOORING COMPONENTS ARE OUR SPECIALTY"   RETURN TO MAIN

 **PRUDENCE ISLAND, R. I.** 

MAST BUOYS | MOORING PENDANTS | WINTER STICKS | MAST BUOY LANYARDS | CHAFE GUARDS | MOORING BUOYS | GALVINIZED FITTINGS | CATALOG | SITE MAP
68 JOHN OLDHAM ROAD PRUDENCE ISLAND, RI 02872
PH (401) 447-5387
EMAIL: sales@imsri.com


MADE IN U. S. A.

© Copyright Island Mooring Supplies, LLC 2011. All Rights Reserved

IMS_catal