# EXHIBIT D

# ISLAND MOORING SUPPLIES, LLC.

- MAST BUOYS
- MOORING PENDANTS
- WINTER STICKS
- MAST BUOY LANYARDS
- CHAFE GUARDS
- MOORING BUOYS
- GALVINIZED FITTINGS

- ORDERING INFORMATION
- ABOUT ISLAND MOORINGS
- CUSTOMER TESTIMONIALS

2011 IMS CATALOG
REQUEST MORE INFO
PH (401) 447-5387

RETURN TO MAIN 

New Englands' preferred wholesale manufacturer of quality mooring supplies!



### HOMAN "HULL FRIENDLY" MOORING BUOYS
#### WITH PENDANT NEST & MAST BUOY POCKET

IF YOUR MOORING BUOY ISN'T SOFT, RESILIENT, UNSINKABLE, AND COLLISION SURVIVABLE, MAYBE IT IS TIME TO EXPERIENCE A HOMAN "HULL FRIENDLY" MOORING BUOY MANUFACTURED BY ISLAND MOORING SUPPLIES, LLC.



**NEW FOR 2011**
- FLAT RATE SHIPPING ON "HULL FRIENDLY" MOORING BUOYS WITHIN NE AND NY. -
24 X 15 - $ CALL FOR PRICING
24 X 19 - $ CALL FOR PRICING

- "HULL FRIENDLY" MOORING BUOYS CAN NOW BE ORDERED FOR ¾" CHAIN -

**QUALITY - INNOVATION - VALUE**

### HOMAN "HULL FRIENDLY" MOORING BUOYS
#### WITH PENDANT NEST & MAST BUOY POCKET

| CYLINDRICAL ||
|---|---|
| SIZE | TOTAL FLOATATION |
| 24" X 15" | 210# |
| 24" X 19" | 270# |

ISLAND MOORING SUPPLIES, LLC TYPICALLY MANUFACTURES ITS SURFACE FLOATION BUOYS BY USING THE FOLLOWING MATERIALS. A UV RESISTANT SCHEDULE 40 OR HIGHER PVC TUBE IS CENTERED THROUGH A CLOSED CELL FOAM AND COATED WITH A TOUGH WEATHER RESISTANT URETHANE FINISH. THE FOAM HAS A MUCH LOWER MOISTURE VAPOR TRANSMISSION RATE THAN MOST OTHER FLOATATION FOAMS AND AS SUCH WILL ABSORB AN INSIGNIFICANT AMOUNT OF WATER DURING LONG TERM IMMERSION. THE URETHANE COATING HAS GOOD ELONGATION AND TENSILE STRENGTH PROPERTIES MAKING IT VERY COMPATIBLE WITH THE RESILIENT FLOATION FOAM. THE COMBINATION OF MATERIALS, CONSTRUCTION AND DESIGN MAKES HOMAN "HULL FRIENDLY" MOORING BUOYS MANUFACUTRED BY ISLAND MOORING SUPPLIES, LLC A WELCOMED ADDITION TO ITS INNOVATIVE PRODUCT OFFERINGS.

* SHIPPING: SHIPPING AT CUSTOMER'S EXPENSE (PREPAID & ADD)
**CUSTOMER PICKUP AVAILABLE IN BRISTOL, RI**
DIMENSIONS ARE NOMINAL AND FLOATATION APPROXIMATE NEW FOR 2011
- FLAT RATE SHIPPING ON "HULL FRIENDLY" MOORING BUOYS WITHIN NE AND NY. -
24 X 15 - $25.00
24 X 19 - $30.00

- "HULL FRIENDLY" MOORING BUOYS CAN NOW BE ORDERED FOR ¾" CHAIN -

**"MOORING COMPONENTS ARE OUR SPECIALTY"**     RETURN TO MAIN 

 **PRUDENCE ISLAND, R. I.** 

MAST BUOYS | MOORING PENDANTS | WINTER STICKS | MAST BUOY LANYARDS | CHAFE GUARDS | MOORING BUOYS | GALVINIZED FITTINGS | SITE MAP
68 JOHN OLDHAM ROAD PRUDENCE ISLAND, RI 02872
PH (401) 447-5387
EMAIL: sales@imsri.com



© Copyright Island Mooring Supplies, LLC 2011. All Rights Reserved

10:20:29 AM                                   Mooring Buoys / Island Mooring Suppli...

# ISLAND MOORING SUPPLIES, LLC.

- MAST BUOYS
- MOORING PENDANTS
- WINTER STICKS
- MAST BUOY LANYARDS
- CHAFE GUARDS
- MOORING BUOYS
- GALVINIZED FITTINGS

- ORDERING INFORMATION
- ABOUT ISLAND MOORINGS
- CUSTOMER TESTIMONIALS
- 2011 IMS CATALOG
- REQUEST MORE INFO
- PH (401) 447-5387
- RETURN TO MAIN 

New Englands' preferred wholesale manufacturer of quality mooring supplies!



### HOMAN "HULL FRIENDLY" MOORING BUOYS
### WITH PENDANT NEST & MAST BUOY POCKET

IF YOUR MOORING BUOY ISN'T SOFT, RESILIENT, UNSINKABLE, AND COLLISION SURVIVABLE, MAYBE IT IS TIME TO EXPERIENCE A HOMAN "HULL FRIENDLY" MOORING BUOY MANUFACTURED BY ISLAND MOORING SUPPLIES, LLC.

**NEW FOR 2011**
- FLAT RATE SHIPPING ON "HULL FRIENDLY" MOORING BUOYS WITHIN NE AND NY. -
24 X 15 - $ CALL FOR PRICING
24 X 19 - $ CALL FOR PRICING

- "HULL FRIENDLY" MOORING BUOYS CAN NOW BE ORDERED FOR ¾" CHAIN -

QUALITY - INNOVATION - VALUE

---

### HOMAN "HULL FRIENDLY" MOORING BUOYS
### WITH PENDANT NEST & MAST BUOY POCKET

| CYLINDRICAL ||
|---|---|
| SIZE | TOTAL FLOATATION |
| 24" X 15" | 210# |
| 24" X 19" | 270# |

ISLAND MOORING SUPPLIES, LLC TYPICALLY MANUFACTURES ITS SURFACE FLOATION BUOYS BY USING THE FOLLOWING MATERIALS. A UV RESISTANT SCHEDULE 40 OR HIGHER PVC TUBE IS CENTERED THROUGH A CLOSED CELL FOAM AND COATED WITH A TOUGH WEATHER RESISTANT URETHANE FINISH. THE FOAM HAS A MUCH LOWER MOISTURE VAPOR TRANSMISSION RATE THAN MOST OTHER FLOATATION FOAMS AND AS SUCH WILL ABSORB AN INSIGNIFICANT AMOUNT OF WATER DURING LONG TERM IMMERSION. THE URETHANE COATING HAS GOOD ELONGATION AND TENSILE STRENGTH PROPERTIES MAKING IT VERY COMPATIBLE WITH THE RESILIENT FLOATION FOAM. THE COMBINATION OF MATERIALS, CONSTRUCTION AND DESIGN MAKES HOMAN "HULL FRIENDLY" MOORING BUOYS MANUFACUTRED BY ISLAND MOORING SUPPLIES, LLC A WELCOMED ADDITION TO ITS INNOVATIVE PRODUCT OFFERINGS.

* SHIPPING: SHIPPING AT CUSTOMER'S EXPENSE (PREPAID & ADD)
CUSTOMER PICKUP AVAILABLE IN BRISTOL, RI
DIMENSIONS ARE NOMINAL AND FLOATATION APPROXIMATE**NEW FOR 2011**
- FLAT RATE SHIPPING ON "HULL FRIENDLY" MOORING BUOYS WITHIN NE AND NY. -
24 X 15 - $25.00
24 X 19 - $30.00

- "HULL FRIENDLY" MOORING BUOYS CAN NOW BE ORDERED FOR ¾" CHAIN -

**"MOORING COMPONENTS ARE OUR SPECIALTY"**  RETURN TO MAIN

 **PRUDENCE ISLAND, R. I.** 

MAST BUOYS | MOORING PENDANTS | WINTER STICKS | MAST BUOY LANYARDS | CHAFE GUARDS | MOORING BUOYS | GALVINIZED FITTINGS | SITE MAP
68 JOHN OLDHAM ROAD PRUDENCE ISLAND, RI 02872
PH (401) 447-5387
EMAIL: sales@imsri.com

Thursday, September 13, 2012



© Copyright Island Mooring Supplies, LLC 2011. All Rights Reserved